UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL WILLIAM STANHOPE, | Case No. 1:23-cv-00765-HBK |
| Plaintiff, | ORDER REFERRING CASE TO COURT'S VDRP |
| v. | |
| CLUB ONE CASINO, INC., | |
| Defendant. | |

On August 17, 2023, the Court telephonically conducted a mandatory initial scheduling conference. Attorney Richard Morin appeared on behalf of Plaintiff and Attorney David R. McNamara appeared on behalf of Defendant. The parties filed a Joint Scheduling Report on August 3, 2023. (Doc. No. 13). During the telephone conference, both Counsel expressed their willingness to participate in alternative dispute resolution. It therefore appears this case will benefit from participation in the Court's voluntary dispute resolution program (VDRP) set forth in Local Rule 271.

Accordingly, it is **ORDERED**:

1. The parties are directed to promptly meet and confer to discuss settlement.
2. The parties, as agreed, shall mutually exchange discovery necessary for the parties to meaningfully participate in VDRP.
3. Within forty-five (45) days from the date on this Order, the parties shall initiate

participation in the Court's VDRP by contacting the VDRP administrator, **Sujean Park**, at spark@caed.uscourts.gov, and a file a Notice on the docket confirming same.

4. No later than fourteen (14) days after completion of the VDRP session, the parties shall jointly file their VDRP completion report.

5. The Court STAYS this action until completion of the VDRP process.

Dated:   August 17, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

Copies: Sujean Park