Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
500 Newport Center Drive Suite 610
Newport Beach, CA 92660
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nathaniel William Stanhope,<br><br>　　　　Plaintiff,<br>　v.<br><br>Club One Casino, Inc.,<br><br>　　　　Defendant. | Case No. 1:23-cv-00765-HBK<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

　　　Plaintiff Nathaniel William Stanhope and Defendant Club One Casino, Inc. stipulate and agree to dismiss this entire action of all parties and causes of action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own attorney's fees and costs.

　　　Respectfully submitted,

Dated: January 2, 2024　　　　　　　　　　　　Law Office of Rick Morin, PC

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　By: Richard Morin
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: January 2, 2024　　　　　　　　　　　　McCormick, Barstow, Sheppard,
　　　　　　　　　　　　　　　　　　　　　　　　Wayte & Carruth LLP

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　By: David R. McNamara
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant